168 A.3d 1182

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT,
v. TERRELL L. WILLIAMS, DEFENDANT–CROSS–
PETITIONER.

May 19, 2017

## ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–002341–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied.

168 A.3d 1183

JOHN J. MOONEY, III, PLAINTIFF–CROSS–PETITIONER, v. CITY OF ATLANTIC CITY, DEFENDANT–CROSS–RESPONDENT, AND CITY COUNCIL OF THE CITY OF ATLANTIC CITY AND ITS MEMBER AS COUNCIL PERSONS, ETC., DEFENDANTS, AND CITY OF ATLANTIC CITY, DEFENDANT/THIRD–PARTY PLAINTIFF, v. SCOTT EVANS, THIRD–PARTY DEFENDANT.

May 19, 2017

## ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–002993–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.